**Cora S. Gross, appellee, v. Helen Schmidt and Marie S. Schmidt, appellants. Gen. No. 26,188.**
Suit to foreclose a trust deed upon default in payments on a note secured thereby. Decree of foreclosure granted. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 21, 1921.
James Percival Pio, for appellants; Warren B. Wilson, of counsel. E. F. Brubaker, for appellee; Stanley Rich, of counsel.
Mr. Justice Thomson delivered the opinion of the court.

**Cora S. Gross, appellee, v. Helen Schmidt and Marie S. Schmidt, appellants. Gen. No. 26,189.**
Suit to foreclose a trust deed upon default in payments on a note secured thereby. Decree of foreclosure granted. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 21, 1921.
James Percival Pio, for appellants; Warren B. Wilson, of counsel. E. F. Brubaker, for appellee; Stanley Rich, of counsel.
Mr. Justice Thomson delivered the opinion of the court.

**Arthur Langner, appellant, v. Charles Keeshin, appellee. Gen. No. 26,264.**
Motion to vacate a default judgment against a defendant in municipal court. Order vacating the judgment granted. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded with directions. Opinion filed December 21, 1921.
G. A. Buresh and Louis I. Gottlieb, for appellant. No appearance for appellee.
Mr. Justice Thomson delivered the opinion of the court.

**The People of the State of Illinois ex rel. Margaret Madden, appellee, v. Francis Folken, appellant. Gen. No. 26,646.**
Bastardy proceeding. Jury waived by defendant and finding of guilty by the court and order made requiring defendant to pay $1,100 for the support of the child. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 21, 1921.
Edward Prindiville, for appellant. Maclay Hoyne, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

**J. Norman Jensen, appellant, v. William Seymour, appellee. Gen. No. 26,564.**
Action upon a promissory note given as part payment for a steel water tank and tower. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and judgment for $550. Opinion filed December 30, 1921.